UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JON TIMOTHY ADKINS, | ) | |
| Plaintiff, | ) ) ) | Civil No. 13-35-ART |
| v. | ) ) ) | **JUDGMENT** |
| FIRSTCREDIT, INC., | ) ) | |
| Defendant. | ) | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

The plaintiff recently notified the Court of his timely acceptance of an offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). R. 27. As required by Rule 68(a), he has filed the offer, notice of acceptance, and proof of service. R. 27; R. 27-1; R. 27-2. Accordingly, it is **ORDERED** that:

(1) **JUDGMENT IS ENTERED** in favor of the plaintiff for the sum of $1,001.00 and reasonable attorneys' fees and costs.

(2) This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

(3) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 9th day of October, 2013.



Signed By:
*Amul R. Thapar*  AT
United States District Judge